IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

DIEZ-ARGUELLES & TEJEDOR, P.A,

    PLAINTIFF,

vs.

SENTINEL INSURANCE COMPANY, LTD.,

    DEFENDANT.
_____/

CASE NO.:

## PETITION FOR REMOVAL

TO:  The Honorable Judges of the United States District Court
for the Middle District of Florida

Defendant, SENTINEL INSURANCE COMPANY, LTD ("Sentinel"), hereby Petitions for Removal of the above-styled action from the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida, to this Court. Removal is proper on the following grounds:

1.    Plaintiff, Diez-Arguelles & Tejedor, P.A., commenced a civil action in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, styled *Diez-Arguelles & Tejedor, P.A. v. Sentinel Insurance Company, LTD.,* Case No. 2019-CA-008388-O. (*See* Pl. Compl. attached hereto as **Exhibit A**.)

2. A copy of the docket for *Diez-Arguelles & Tejedor, P.A. v. Sentinel Insurance Company, LTD.,* Case No. 2019-CA-008388-O is attached as **Exhibit B**.

3. The Summons and Complaint in this case were served on this Defendant's registered agent on July 16, 2019. (*See* Not. Service of Process, attached hereto as **Exhibit C**.) A copy of the written discovery filed along with the Complaint by Plaintiff's counsel is attached as **Exhibit D.** A copy of Defendant's Notice of Appearance is attached as **Exhibit E**. A copy of Defendant's Notice of Designation of Email Addresses is attached as **Exhibit F**. A copy of the Defendant's Motion to Dismiss Plaintiff's Complaint is attached as **Exhibit G**. A copy of Defendant's Answers to Plaintiff's First Request for Admissions is attached as **Exhibit H.** A copy of the Defendant's Motion for Protective Order and to Stay Discovery Pending Outcome of Motion to Dismiss is attached as **Exhibit I**.

4. Plaintiff's Complaint alleges that the Sentinel issued a policy of homeowner's insurance to protect Plaintiff's property located at 505 N. Mills Avenue, Orlando, Florida 32801 which was in full force and effect when the property was damaged by windstorm, including damages caused by Hurricane damage. Further, Plaintiff's Complaint alleges that on or about September 10, 2017, the above described property was damaged as a result of Hurricane Irma and that Sentinel failed to make any payments for repairs for the the loss and damages

sustained at the insured premises and so damages are ongoing. (See Pl. Compl. ¶6-9).

5. The Complaint does not specifically allege an amount in controversy, and instead simply alleges, "This is an action for damages in excess of $15,000.00, exclusive of interest, costs, and attorneys' fees." (*See* Pl. Compl. ¶ 1). However, on September 25, 2019, Plaintiff provided a damages estimate in the amount of $73,140.63 and a settlement demand totaling $105,000.00. Thus, it is clear Plaintiff is seeking damages in excess of the $75,000.00 amount in controversy required for diversity jurisdiction.

6. Prior to September 25, 2019, Sentinel did not have any knowledge or information to believe the Plaintiff was seeking damages in excess of $75,000.00.

7. Upon information and belief, Plaintiff was and is a Florida resident at all times material to the action.

8. At the time of the filing of the Complaint and Notice of Removal, and at all times material hereto, Sentinel was and is a Connecticut corporation with its principal place of business in Hartford, Connecticut. Accordingly, Defendant is a foreign corporation. *See* 28 U.S.C. § 1332(c)(1) ("a corporation shall be deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business.")

LEGAL/125448753.v1

9. Removal of this action is proper under 28 U.S.C. § 1332, which allows for District Court jurisdiction over, "all civil actions where the matter in controversy exceeds the sum or value of $75,000.00," and is between citizens of a State and citizens or subjects of a foreign state. 28 U.S.C. § 1332, 1441 and 1446, *et seq*.

10. Venue is proper in this Court under 28 U.S.C. § 1332.

11. Given the aforementioned, Defendant asserts the amount in controversy in this matter exceeds the jurisdictional minimum, exclusive of interest and costs, pursuant to the estimate produced on Plaintiff's behalf. *See Logsdon v. Duron, Inc.,* Case No.: 3:05cv243J-16HTS, 2005 WL 1163095, at *2 (M.D. Fla. May 17, 2005) (holding that a removing defendant need only show that the amount in controversy will "more likely than not" be satisfied when a plaintiff does not claim a specific amount of damages).

12. Sentinel has filed its Petition for Removal within 30 days of ascertaining this case is one that has become removable. Thus, Sentinel has timely filed the instant Petition for Removal.

13. Following the filing of this Petition with this Court, written notice of the filing of same will be provided to the attorney for Plaintiff, as required by law.

14. Following the filing of this Petition with this Court, a true and accurate copy of the same will be filed with the Clerk of Court of the Ninth Judicial Circuit in and for Orange County, Florida, as required by law.

15. Pursuant to 28 U.S.C. § 1446(a), Defendant simultaneously files a true and legible copy of important process, pleadings, and orders on file in the state court with this Petition for Removal.

WHEREFORE, Sentinel Insurance Company, LTD., respectfully requests that the above-styled action be removed to the United States District Court for the Middle District of Florida.

**Dated: October 11, 2019**

Respectfully submitted,

**MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN, P.C.**

| | | |
|---|---|---|
| By | : | s/ Carolin A. Pacheco |
| | | Michael A. Packer |
| | | Florida Bar No.: 121479 |
| Primary | : | mapacker@mdwcg.com |
| | | Carolin A. Pacheco |
| | | Florida Bar No. 117881 |
| Primary | : | capacheco@mdwcg.com |
| | | 315 E. Robinson Street, Suite 550 |
| | | Orlando, FL 32801-2719 |
| | | Phone: (407) 420-4380 |
| Secondary | : | rrgomez@mdwcg.com |
| | | kahewitt@mdwcg.com |

|  |  |  |
|---|---|---|
| Attorneys for | : | pleadingsftl@mdwcg.com<br>*SENTINEL INSURANCE COMPANY, LTD.* |

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on October 11, 2019, a true copy of the foregoing **Petition for Removal** was sent by electronic mail to: **Maria D. Tejedor, Esquire/Carlos Diez-Arguelles, Esquire**, Diez-Arguelles & Tejedor, P.A., 505 North Mills Avenue, Orlando, FL 32803, mail@theorlandolawyers.com.

                          */s/ Carolin A. Pacheco*
                          CAROLIN A. PACHECO